# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **12-MJ-01656**                                    Date **8/21/2024**

USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint        ☐ Removal Proceedings in

*United States v.*  **Jarand Moen Romtveit**

The Complaint/Rule 40 Affidavit was filed on

✓ U.S. Marshals please withdraw warrant

KATHERINE REILLY
Digitally signed by KATHERINE REILLY
Date: 2024.08.21 12:00:50 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**
DATE: **09/4/2024**

HON. ONA T. WANG
UNITED STATES MAGISTRATE JUDGE